THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAVID LUCAS, Appellant.

Argued October 10, 1938; decided November 22, 1938.

*David E. Jeffery* and *Michael J. Noonan* for appellant.

*Raymond A. Knowles, District Attorney (Harry L. Gilrie* of counsel), for respondent.

Judgment of conviction affirmed, no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.